Local AO Form 241

Rev. 10/2025

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### United States District Court - District of North Dakota

Petitioner's name (include the name under which you were convicted)

Joshua Brock Martinez

Civil Case No.: _____

*(The Clerk will assign a number)*

Prisoner No.: 83757

Place of Confinement: NDSP

Mailing Address: P.O.Box 5521

Bismarck, N.D. 58506-5521

v.

Respondent (the authorized *person* having custody of Petitioner)

_____

**North Dakota Attorney General**

### PETITION

1. Name and location of the court that entered the judgment/conviction being challenged. Provide the criminal case number, if you know it. District Court of Williams County, Northwest Judicial District, 53-2023-CR-0211, 53-2023-CR-01223

2. Date of judgment or sentencing. May 8th 2025

3. Identify the crimes for which you were convicted and the length of sentence for each:
   Attempt murder (2) Life w/parole, Reckless Endangerment (2) 5yrs, Disc. of firearm city limits 30 days, Terrorizing 5 years, Fleeing a Peace officer 5 years, violation of DVPO (2) 5 years, unlawful possession of firearm 5 years, Refusal to halt 30 days

Local AO 241                                                              Rev. 10/2025

4. Did you appeal the criminal judgment to the North Dakota Supreme Court?   Yes  ☒   No  ☐

5. If you appealed, answer the following:

    a. Case number, if you know. _Z 0 2 5 0 (9 0 - 2 0 2 5 0 0 9 1_

    b. Result. _Affirmed_

    c. Date of result, if you know. _12 - 4 - 2 0 2 5_

6. Did you file a petition for certiorari in the United States Supreme Court?   Yes  ☐   No  ☒

7. If yes, provide the following:

    a. Date you filed. _____

    b. Docket or case number, if you know. _____

    c. Result. _____

    d. Date of result, if you know. _____

    e. Citation to the case, if you know. _____

8. For this petition, **state every ground on which you claim you are being held in violation of the Constitution, laws, or treaties of the United States.** <u>Attach additional pages if you need more room or have more than four grounds</u>. State the facts supporting each ground; do not make legal arguments. If you want to submit legal arguments, those should be made in a separate document called a brief.

    **CAUTION:** To proceed in federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground for which you request habeas relief.

    Also, be aware that if you fail to set forth all the grounds you allege for relief in this petition, you may be barred from presenting additional grounds later.

**[Intentionally Left Blank]**

Local AO 241                                                           Rev. 10/2025

**GROUND ONE:** Dismissal of Juror

_____

_____

_____

_____

_____

A. **State the facts supporting your claim.** Do not argue or cite caselaw.

Juror was dismissed on day 2 of jury trial and
replaced by alternate

B. Did you present the issue in **Ground One** in a state court proceeding?

   Yes  ☒      No  ☐

   *If yes,* did you present the issue in a:

   Direct Appeal  ☒      Request for Post-Conviction Relief  ☐

C. If you did not present the issue in Ground One in a state court proceeding, explain why.

_____

_____

_____

_____

_____

Local AO 241                                                                                      Rev. 10/2025

**GROUND TWO:** _____

_____

_____

_____

_____

_____

    A.  **State the facts supporting your claim.** Do not argue or cite caselaw.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    B.  Did you present the issue in **Ground Two** in a state court proceeding?

                Yes  ☐    No  ☐

       **If yes,** did you present the issue in a:

                Direct Appeal  ☐        Request for Post-Conviction Relief  ☐

    C.  If you did not present the issue in Ground Two in a state court proceeding explain why.

_____

_____

_____

_____

_____

Local AO 241

Rev. 10/2025

**GROUND THREE:** _____

_____
_____
_____
_____
_____

   A. **State the facts supporting your claim.** Do not argue or cite caselaw.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

   B. Did you present the issue in **Ground Three** in a state court proceeding?

          Yes ☐        No ☐

      *If yes,* did you present the issue in a:

          Direct Appeal ☐        Request for Post-Conviction Relief ☐

   C. If you did not present the issue in Ground Three in a state court proceeding, explain why.

_____
_____
_____
_____
_____

Local AO 241                                                                                      Rev. 10/2025

**GROUND FOUR:** _____

_____

_____

_____

_____

    A.  **State the facts supporting your claim.** Do not argue or cite caselaw.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    B.  Did you present the issue in **Ground Four** in a state court proceeding?

        Yes  ☐     No  ☐

      _If yes,_ did you present the issue in a:

        Direct Appeal  ☐     Request for Post-Conviction Relief  ☐

    C.  If you did not present the issue in Ground Four in a state court proceeding, explain why.

_____

_____

_____

_____

_____

      **If you have additional Grounds for Relief, use additional pages and provide the same information requested above for each ground.  It is preferrable that you write only one side of the page.**

Local AO 241                                                                                              Rev. 10/2025

**Answer these additional questions about this Petition.**

9.     Have you previously filed any type of petition, application, or motion in **federal court** regarding the conviction or sentence that you challenge in this petition?    Yes    ☐        No    ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.

_____

_____

_____

_____

_____

_____

10.     Do you have any petition, application, motion, or appeal **now pending** (filed and not yet decided) in any court, either state or federal, for the conviction and sentence that you are challenging?

            Yes    ☐        No    ☒

    If yes, give the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

_____

_____

_____

_____

11.     Do you have any **future** sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes    ☒        No    ☐

    a.    If yes, provide the name and location of the court that imposed the sentence. _Williams County, Northwest Judicial District_

    b.    When was the sentence imposed? _5·8·2025_

    c.    What is the length of the sentence? _5 years_

    d.    Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?    Yes    ☐        No    ☒

        If yes, please describe. _____

_____

Local AO 241

Rev. 10/2025

12.    **TIMELINESS OF PETITION:** In most cases, federal law requires a habeas corpus petition be filed within one (1) year of the date your conviction became final. A conviction becomes "final" when direct review of the judgment is completed or the time to seek direct review expires. Other triggers for the one-year limitation period are described in 28 U.S.C. § 2244(d), quoted below. **If this petition is being filed more than one year after your judgment of conviction became final, explain why it is late and/or why you believe the one-year period does not apply. Attach additional pages if you need more room.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*The Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) contained in 28 U.S.C. § 2244(d) provides in part:

(1)    A one-year period of limitation shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

     (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

     (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

     (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

     (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Local AO 241

Rev. 10/2025

13.    Petitioner asks the Court to grant the following relief: (Money damages are not available in habeas cases).

_Reverse Conviction_

or any other relief to which Petitioner may be entitled.

14.    **Declarations.**

**I declare under the penalties of perjury that the information above is true and correct.**

Signed this _24_ day of _February_, 20 _26_.

_____
Signature of Petitioner*

I further declare this Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 was placed in the

prison/institution mailing system with a prepaid, first-class postage on _____.

(month, day, year).

*If the person signing is not the Petitioner, state the relationship to Petitioner and explain why Petitioner is

not signing this petition. _____

_____

_Belinda Baron_ 2-24-26

BELINDA BARON
Notary Public
State of North Dakota
My Commission Expires January 3, 2030